UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>  a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>  a New York Corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>  Defendants. | Civil Action No.:<br><br>**PLAINTIFFS' RULE 7.1<br>DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation (collectively, "Plaintiffs"), certifies as follows:

  Plaintiffs' ultimate parent company is Burberry Group plc, a corporation organized under the laws of England and Wales, which is publicly held and traded on the London Stock Exchange.

Dated: May 2, 2018            STEPTOE & JOHNSON LLP

                 By: _____
                    Michael J. Allan
                    William G. Pecau
                    1330 Connecticut Avenue, N.W.
                    Washington, D.C. 20036
                    (202) 429-3000
                    mallan@steptoe.com
                    wpecau@steptoe.com

Evan Glassman
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
eglassman@steptoe.com

*Counsel for Plaintiffs Burberry Limited,
a United Kingdom corporation, and
Burberry Limited, a New York corporation*