UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation, and<br><br>BURBERRY LIMITED,<br>    a New York Corporation,<br><br>    Plaintiffs<br><br>        v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>    Defendants. | Civil Action No.: 1:18-cv-03946<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Evan Glassman, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance, as counsel for Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation, (collectively, "Burberry" or "Plaintiffs"), in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York  
       May 2, 2018

**STEPTOE & JOHNSON, LLP**

By: s/ Evan Glassman  
Evan Glassman  
1114 Avenue of the Americas  
New York, NY 10036  
Tel: (212) 506-3900  
E-mail: eglassman@steptoe.com