# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,241,222
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register



Burberrys Limited (United Kingdom corporation)
18/22 Haymarket
London, England SWIY 4DQ

For: COATS, TOP COATS, JACKETS, TROUSERS, SLACKS, WAISTCOATS, SKIRTS, CAPES, HATS, BONNETS, BERETS, SHIRTS, SCARVES, SHAWLS AND BLOUSES, in CLASS 25 (U.S. Cl. 39).

First use Mar. 1, 1923; in commerce Jul. 1, 1924.

The designated colors are a feature of the mark and the colors and shades of colors are light tan, dark tan, light brown, dark brown, black, white, very dark red, dark red, medium red, light red, dark grey, medium grey and light grey.

Sec. 2(f).

Ser. No. 170,890, filed May 18, 1978.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**  Reg. No. 1,855,154
Registered Sep. 20, 1994

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: WATCHES, CLOCKS, AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; POCKET WATCHES; JEWELLERY; COSTUME JEWELLERY, TIE PINS, CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

OWNER OF U.S. REG. NO. 1,393,979.

THE DRAWING IS LINED FOR THE COLORS AND SHADES OF LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY.

SN 74-237,110, FILED 1-13-1992.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,015,462
Registered Nov. 12, 1996

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

  FOR: SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).
  FIRST USE 1-0-1994; IN COMMERCE 4-0-1995.
  OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.
  THE MARK IS LINED FOR THE COLORS LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GREY, MEDIUM GREY, AND LIGHT GREY.

BLACK IS CLAIMED AS A FEATURE OF THE AREAS THAT ARE COMPLETELY DARKENED. WHITE IS CLAIMED AS A FEATURE OF THOSE AREAS THAT ARE NOT DARKENED AND ARE WITHOUT LINING.
  THE MARK IS COMPRISED OF A REPEATING PLAID PATTERN. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED AS TO POSITION OR PLACEMENT.
  SEC. 2(F).

  SER. NO. 75-022,360, FILED 11-20-1995.

ANDREW LAWRENCE, EXAMINING ATTORNEY

Int. Cls.: **18, 24, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 22, 23, 38, 39, 41, 42 and 50**

Reg. No. 2,022,789

## United States Patent and Trademark Office

Registered Dec. 17, 1996

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOLDALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3-0-1976; IN COMMERCE 0-0-1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

2                                                                                          2,022,789

FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, CASES CONTAINING GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK; LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74-532,896, FILED 6-3-1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**Reg. No. 2,689,921**

United States Patent and Trademark Office    Registered Feb. 25, 2003

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, BODY LOTION; SOAPS; PERSONAL DEODORANTS; EAU DE PARFUMS; AFTERSHAVES; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2225922, FILED 3-15-2000, REG. NO. 2225922, DATED 11-9-2001, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GREY, WHITE AND RED.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SER. NO. 76-197,401, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,728,709
Registered June 24, 2003

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON, SW1Y 4DQ, GB, UNITED KINGDOM

FOR: FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, UNDERCLOTHES, SWIMWEAR, HEADWEAR, FOOTWEAR, HOSIERY, SOCKS; AND BELTS; FABRICS FOR USE IN THE MANUFACTURE OF LINENS, BED COVERS, TABLE COVERS, FURNITURE COVERS, AND WINDOW AND WALL COVERS; FABRICS FOR USE IN THE MANUFACTURE OF COSMETICS CASES AND BAGS, TOILETRY CASES AND BAGS, AND SHAVING CASES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF PURSES, POUCHES, BAGS, LUGGAGE, CARRIERS, TRAVEL BAGS, AND SUIT AND GARMENT BAGS; FABRICS FOR USE IN THE MANUFACTURE OF CASES AND HOLDERS FOR MONEY, DOCUMENTS, KEYS, GLASSES, GOGGLES, WATCHES, JEWELRY AND TIES; FABRICS FOR USE IN THE MANUFACTURE OF UMBRELLAS AND PARASOLS AND CASES THEREOF; FABRICS FOR USE IN THE MANUFACTURE OF STRAPS AND BRACELETS FOR WATCHES, AND STRAPS FOR SHOES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF LINING FOR ALL THE FOREGOING GOODS; FABRICS FOR USE IN THE MANUFACTURE OF PET AND ANIMAL CARRIERS, PET AND ANIMAL CLOTHING, PET AND ANIMAL HEADWEAR, PET AND ANIMAL COLLARS AND LEASHES, AND LINING FOR ALL THE FOREGOING GOODS; BED BLANKETS AND LINENS; TABLE CLOTHS NOT OF PAPER; TABLE LINENS; COMFORTERS AND BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1924; IN COMMERCE 0-0-1929.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN APPLIED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-351,946, FILED 12-21-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: **3, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. **2,732,617**
Registered **July 1, 2003**

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, EAU DE PARFUMS; BODY LOTION, SOAPS; PERSONAL DEODORANTS; AFTERSHAVE; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS; DUFFEL AND GYM BAGS; OVERNIGHT BAGS; SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETICS BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, POLOSHIRTS, BLOUSES, DRESSES, PYJAMAS, KNITWEAR NAMELY, JUMPERS, SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; AND SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, SPORTS JACKETS, SPORTS FOOTWEAR; TRACKSUITS, GARMENTS THAT CAN BE ATTACHED TO OR DETACHED FROM COATS, RAINCOATS, TRENCH COATS, OR CASUAL COATS FOR ADDITIONAL WARMTH; TIES, BELTS, WRAPS, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. THE COLORS BLACK AND WHITE ARE NOT CLAIMED AS PART OF THE MARK.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,845,852

United States Patent and Trademark Office    Registered May 25, 2004

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; CARRYING CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GRAY, WHITE AND RED. THE VERTICAL LINES ARE FOR THE COLOR RED. THE DIAGONAL LINES ARE FOR THE COLOR TAN AND THE HORIZONTAL DASHED LINES ARE FOR THE COLOR GRAY.

THE MARK CONSISTS OF A PATTERN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE PERIMETER SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SN 76-424,106, FILED 6-20-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 18, 20, 21, 24, 25, 28 and 35

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 25, 29, 30, 32, 33, 38, 39, 40, 41, 42, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Amended

Reg. No. 3,529,814
Registered Nov. 11, 2008
OG Date Sep. 22, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
HORSEFERRY HOUSE, HORSEFERRY ROAD
LONDON SW1P 2AW, UNITED KINGDOM

OWNER OF ERPN CMNTY TM OFC REG. NO. 1591601, DATED 2-15-2002.
OWNER OF ERPN CMNTY TM OFC REG. NO. 3940442, DATED 9-27-2005.
OWNER OF U.S. REG. NOS. 2,015,462, 2,845,852 AND OTHERS.

THE COLOR(S) TAN, BLACK, WHITE, RED AND SHADES THEREOF IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A TAN BACKGROUND, LIGHT TAN VERTICAL AND HORIZONTAL LINES, BLACK VERTICAL AND HORIZONTAL LINES, WHITE SQUARES, AND RED VERTICAL AND HORIZONTAL LINES, FORMING A PLAID PATTERN. THE MARK ALSO CONSISTS OF A REPEATING CHECK DESIGN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS OR SERVICES. THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

FOR: CLOTHING FOR PETS, LEASHES AND COLLARS FOR PETS, PET CARRIERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41). .

FOR: PICTURE FRAMES, PET BEDS AND CUSHIONS; CUSHIONS, PICNIC BASKETS, HAMPERS, DECK CHAIRS AND FOLDING CHAIRS, DOOR STOPS OF PLASTIC, HANGERS FOR CLOTHES, NON-METAL KEY FOBS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). .

FOR: GLASS, CRYSTAL, PORCELAIN AND EARTHENWARE PRODUCTS, NAMELY, BOWLS, NON-METAL CANDLE HOLDERS, VASES, CROCKERY, NAMELY, BUTTER DISHES, GRAVY BOATS, MILK JUGS, PITCHERS, SERVING PLATTERS, AND SUGAR BOWLS, DINNERWARE, PLATES, BOWLS, CUPS, MUGS, TEAPOTS, COFFEE POTS, TEA SETS, JUGS, SAUCERS, GLASSES AND STEMWARE, CAKE STANDS, CARAFES, WINE BUCKETS, ICE BUCKETS, EGG CUPS, SALT AND PEPPER SHAKERS;

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 22, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

GOODS OF PRECIOUS METALS, NAMELY, VASES, TEA SERVICES, SALT AND PEPPER SHAKERS, NAPKIN RINGS, CANDLE HOLDERS, SERVING TRAYS, BOWLS; FLASKS, PET BOWLS, COASTERS, POWDER COMPACTS SOLD EMPTY; NON-METAL BOXES OF GLASS, CRYSTAL OR EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: BED LINEN, BATH LINEN, TABLE LINEN, BLANKETS, THROWS, PICNIC BLANKETS, BEACH TOWELS, GOLF TOWELS, CURTAINS, FURNITURE COVERINGS, CUSHION COVERS, HANDKERCHIEFS, PET BLANKETS, TEXTILE USED AS LININGS FOR CLOTHING AND ACCESSORIES, LABELS OF TEXTILE; FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, FOOTWEAR, HEADWEAR, HOSIERY, BELTS, BAGS, CASES, HOLDERS AND KEY RINGS, UMBRELLAS, WATCHES, JEWELRY, ANIMAL CLOTHING, COLLARS, LEASHES, BED LINENS, TABLE LINENS, BATH LINENS, TOWELS, BLANKETS, THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS, DETACHABLE COAT LININGS, RAINWEAR, PONCHOS, JACKETS, GILETS, JERSEYS, JUMPERS, SWEATERS, BLOUSES, SHIRTS, POLO SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, APRONS, TROUSERS, JEANS, SHORTS, SKI WEAR, SPORTS JACKETS, SPORTS JERSEYS, SPORTS SHIRTS, SPORTS TROUSERS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, TENNIS WEAR, WATERPROOF CLOTHING, NAMELY, COATS, JACKETS, AND TROUSERS, BIKINIS, SARONGS, SWIMWEAR, BATHROBES, BOXER SHORTS, LINGERIE, LOUNGEWEAR, NIGHTWEAR, UNDERGARMENTS, TIES, CRAVATS, FOOTWEAR, SHOES, BOOTS, ATHLETIC FOOTWEAR, SLIPPERS, BALLET SLIPPERS, HOSIERY, SOCKS, LEGGINGS, CAPS, BANDANAS, HATS, HEAD SCARVES, KNITTED HATS, VISORS, BELTS, GLOVES, MUFFLERS, SCARVES, SHAWLS, STOLES, PASHMINAS, CHILDREN'S AND INFANT'S CLOTHING, NAMELY, COATS, JACKETS, PONCHOS, JERSEYS, SWEATERS, BLOUSES, SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, TROUSERS, JEANS, SHORTS, CHILDREN'S HEADWEAR, CHILDREN'S SWIMWEAR, CHILDREN'S NIGHTWEAR, TIGHTS, CHILDREN'S UNDER GARMENTS, AND ONE-PIECE CLOTHING, HEADWEAR, FOOTWEAR; CLOTH BIBS, TEXTILE NAPPIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TEDDY BEARS, CLOTHING FOR TOYS, CHRISTMAS TREE ORNAMENTS AND DECORATIONS EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES, BABY RATTLES, PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, FOOTWEAR, HEADGEAR, LUGGAGE, LEATHER GOODS, TIMEPIECES, JEWELRY, EYEWEAR AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

SER. NO. 77-209,954, FILED 6-19-2007.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 22, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,123,508**
**Registered Apr. 10, 2012**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



David J. Kappos

Director of the United States Patent and Trademark Office

BURBERRY LIMITED (UNITED KINGDOM LIMITED COMPANY)
HORSEFERRY HOUSE,
HORSEFERRY ROAD; LONDON SW1P 2AW
UNITED KINGDOM

FOR: TELEPHONES, MOBILE TELEPHONES, MOBILE ELECTRONIC DEVICES, NAMELY, PDAS (PERSONAL DIGITAL ASSISTANTS), SMART PHONES, PERSONAL ENTERTAINMENT DEVICES, NAMELY, ELECTRONIC BOOK READERS, TABLET COMPUTERS, NETBOOKS, ELECTRONIC NOTEBOOKS, HANDHELD COMPUTERS, PORTABLE DIGITAL AUDIO AND/OR VIDEO PLAYERS, AND ACCESSORIES FOR THE FOREGOING, NAMELY, HEADSETS, HEADPHONES, COVERS, FASCIA, LANYARDS SPECIALLY DESIGNED FOR MOBILE ELECTRONIC DEVICES AND MOBILE TELEPHONES, STYLUS, BATTERY CHARGERS, PHONE JEWELRY AND ACCESSORY CHARMS FOR MOBILE ELECTRONIC DEVICES; CASES AND HOLDERS FOR TELEPHONES, MOBILE TELEPHONES AND MOBILE ELECTRONIC DEVICES, NAMELY, FOR PDAS (PERSONAL DIGITAL ASSISTANTS), SMART PHONES, PERSONAL ENTERTAINMENT DEVICES IN THE NATURE OF ELECTRONIC BOOK READERS, TABLET COMPUTERS, NETBOOKS, ELECTRONIC NOTEBOOKS, HANDHELD COMPUTERS AND PORTABLE DIGITAL AUDIO AND/OR VIDEO PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF U.S. REG. NOS. 2,015,462, 2,612,272 AND OTHERS.

PRIORITY DATE OF 10-16-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1050179 DATED 4-7-2010, EXPIRES 4-7-2020.

THE COLOR(S) TAN, BLACK, WHITE, RED AND SHADES THEREOF IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A TAN BACKGROUND, LIGHT TAN VERTICAL AND HORIZONTAL LINES, BLACK VERTICAL AND HORIZONTAL LINES, WHITE SQUARES, AND RED VERTICAL AND HORIZONTAL LINES, FORMING A PLAID PATTERN. THE MARK ALSO CONSISTS OF A REPEATING CHECK DESIGN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS OR SERVICES. THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

**Reg. No. 4,123,508**  SEC. 2(F).

SER. NO. 79-087,007, FILED 4-7-2010.

JAMES MACFARLANE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,441,542**
**Registered Nov. 26, 2013**

**Int. Cls.: 9 and 14**

**TRADEMARK**

**PRINCIPAL REGISTER**



BURBERRY LIMITED (UNITED KINGDOM LIMITED COMPANY (LTD.))
HORSEFERRY HOUSE, HORSEFERRY ROAD
LONDON SW1P 2AW, UNITED KINGDOM

FOR: SUNGLASSES, CAMERA CASES, SPECTACLES, OPTICAL GLASSES, MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE COVERS CHARMS AND LANYARDS FOR MOBILE PHONES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; CASES AND HOLDERS FOR PORTABLE ELECTRONIC DEVICES, NAMELY, PDAS (PERSONAL DIGITAL ASSISTANTS), SMART PHONES, ELECTRONIC BOOK READERS, TABLET COMPUTERS, NETBOOKS, ELECTRONIC NOTEBOOKS, HANDHELD COMPUTERS AND PORTABLE DIGITAL AUDIO AND/OR VIDEO PLAYERS, MOBILE TELEPHONES, PORTABLE AUDIO AND VIDEO SYSTEMS AND COMPUTERS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: WATCHES, WATCH STRAPS AND BRACELETS THEREFOR; JEWELRY, IMITATION JEWELRY, TIE-PINS, TIE CLIPS AND CUFF LINKS; ARTICLES MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, KEY RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

OWNER OF U.S. REG. NOS. 2,845,852, 4,123,508, AND OTHERS.

THE MARK CONSISTS OF VERTICAL AND HORIZONTAL LINES FORMING A PATTERN.

SN 85-980,297, FILED 2-14-2012.

LINDA ORNDORFF, EXAMINING ATTORNEY

Deborah S. Cohn
Commissioner for Trademarks of the
United States Patent and Trademark Office