# EXHIBIT B






















