# EXHIBIT D









