UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Plaintiff,   Burberry Limited, et ano.,

-v-

Defendant.   Target Corporation, et ano.,

-----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18-cv-03946   ( LAK) (OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-18

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: _X_____

*Do not check if already referred for general pretrial.

Dated  5-10-18

SO ORDERED:

_____
United States District Judge