UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation, and<br><br>BURBERRY LIMITED,<br>    a New York Corporation,<br><br>    Plaintiffs<br><br>v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>    Defendants. | Civil Action No.: 1:18-CV-03946<br><br>**AFFIDAVIT OF SERVICE** |

Michael J. Allan, being duly sworn, deposes and states as follows:

1. I am a Partner with Steptoe & Johnson, LLP and am counsel to the Plaintiffs, Burberry Limited (UK) and Burberry Limited (US) in the above referenced action. I am over the age of 18 and am admitted to practice law in New York and before this Court.

2. On May 11, 2018, I confirmed with attorney Peter M. Routhier, Esq. of Faegre Baker Daniels that Mr. Routhier would accept service of the summons and complaint on behalf of both Target Corporation and Target Brands, Inc. Mr. Routhier's confirmation that he would accept service on behalf of both defendants was made in writing by e-mail, and is attached as Exhibit A.

3. After Mr. Routhier confirmed that he would accept service on behalf of both Target Corporation and Target Brands, Inc., I served him on May 11, 2018 by e-mail with true and correct copies of the following documents:

(a) Complaint for Trademark Counterfeiting, Trademark Infringement, Trademark Dilution, False Designation of Origin, and Unfair Competition (Dkt No. 8);

(b) Summons in a Civil Action to Target Corporation (Dkt No. 13);

(c) Summons in a Civil Action to Target Brands, Inc. (Dkt No. 14);

(d) Electronic Case Filing Rules and Instructions; and

(f) Judge Lewis A. Kaplan's Individual Rules of Practice.

A copy of the transmittal e-mail to Mr. Routhier, without attachments, is attached as Exhibit B.

Dated: May 17, 2018

_____
Michael J. Allan

Sworn to before me this 17th day of May, 2018

_____
Notary Public

DENA L. CONEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2022

# Exhibit A

| | |
|---|---|
| **From:** | Allan, Michael |
| **Sent:** | Friday, May 11, 2018 12:02 PM |
| **To:** | Routhier, Peter M. |
| **Subject:** | RE: Burberry Limited / Target Corporation |

Peter, thanks for letting me know.
Mike

---

**From:** Routhier, Peter M. [mailto:Peter.Routhier@FaegreBD.com]
**Sent:** Friday, May 11, 2018 11:59 AM
**To:** Allan, Michael
**Subject:** RE: Burberry Limited / Target Corporation

Mike,

Yes. Without waiving personal jurisdiction or any other defenses, we accept service on behalf of the defendants.

Regards,
Peter

**Peter M. Routhier**
**Faegre Baker Daniels LLP**
**Direct:**  +1 612 766 8770

---

**From:** Allan, Michael [mailto:mallan@steptoe.com]
**Sent:** Thursday, May 10, 2018 5:18 PM
**To:** Routhier, Peter M. <Peter.Routhier@FaegreBD.com>
**Subject:** FW: Burberry Limited / Target Corporation

Hi Peter,

I received a reply message that Jim was out of office so I wanted to send this to you.  If you could let me know about service I would appreciate it.

Regards,
Mike

**Michael J. Allan**
Partner
mallan@steptoe.com
+1 202 429 6749 direct | +1 202 429 3902 fax

**Steptoe**
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW | Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message

**From:** Allan, Michael
**Sent:** Thursday, May 10, 2018 4:59 PM
**To:** 'Steffen, James R.'
**Subject:** Burberry Limited / Target Corporation

Jim,
As you probably know, Burberry recently filed suit against Target in the SDNY.  Please let me know if you will accept service on behalf of both Target entities.
Regards,
Mike

**Michael J. Allan**
Partner
mallan@steptoe.com
+1 202 429 6749 direct | +1 202 429 3902 fax

Steptoe
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW | Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message

# Exhibit B

1

| | |
|---|---|
| **From:** | Allan, Michael |
| **Sent:** | Friday, May 11, 2018 6:54 PM |
| **To:** | Routhier, Peter M. (Peter.Routhier@FaegreBD.com) |
| **Cc:** | Saxon, Sheila |
| **Subject:** | Burberry / Target |
| **Attachments:** | Complaint Burberry et al v Target et al.pdf; Summons Target Brands Inc.pdf; Summons Target Corp.pdf; Kaplan RULES 1.9.2017.pdf; ECF Rules 060815 + 010318 Addendum Final.pdf |

Peter,

Thank you for accepting service.  Please see the attached.

Best regards,
Mike