UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BURBERRY LIMITED,
    a United Kingdom Corporation, and

BURBERRY LIMITED,
    a New York Corporation,

    Plaintiffs

    v.

TARGET CORPORATION and
TARGET BRANDS, INC.,

    Defendants.

Civil Action No.: 1:18-CV-03946

**NOTICE OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that Michael J. Allan, Esq., of Steptoe & Johnson LLP, 1330 Connecticut Avenue, NW, Washington, DC 20036, hereby enters appearance, as counsel for Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation (collectively, "Burberry" or "Plaintiffs"), in the above-captioned action.

    I certify that I am admitted to practice in this Court.

Dated: Washington, DC
       May 22, 2018

**STEPTOE & JOHNSON, LLP**

By:   s/ Michael J. Allan
      Michael J. Allan
      Steptoe & Johnson LLP
      1330 Connecticut Avenue, NW
      Washington, DC 20036
      Tel: (202) 429-6749
      E-mail: mallan@steptoe.com