UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation, and<br><br>BURBERRY LIMITED,<br>    a New York Corporation,<br><br>    Plaintiffs<br><br>    v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>    Defendants. | Civil Action No.: 1:18-CV-03946<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that William G. Pecau, Esq., of Steptoe & Johnson LLP, 1330 Connecticut Avenue, NW, Washington, DC 20036, hereby enters appearance, as counsel for Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation (collectively, "Burberry" or "Plaintiffs"), in the above-captioned action.

I certify that I am admitted to practice in this Court.


Dated: Washington, DC
       May 22, 2018

**STEPTOE & JOHNSON, LLP**

By:    <u>s/ William Pecau</u>
        William G. Pecau
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        Tel: (202) 429-6244
        E-mail: wpecau@steptoe.com