Lita Beth Wright
Kelly McCullough
STORCH AMINI PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Telephone:  (212) 490-4100
Fax:  (212) 490-4208
Email: lbwright@storchamini.com

James R. Steffen (to be admitted *pro hac vice*)
Peter M. Routhier (to be admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Fax: (612)-766-1600
Email: Peter.Routhier@FaegreBD.com

*Attorneys for Defendants Target Corporation and Target Brands, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BURBERRY LIMITED and BURBERRY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.<br><br>Defendants. | No. 1:18-cv-03946-LAK<br><br>**TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation states that it is not the subsidiary of any parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       June 1, 2018

                                              /s/ Lita Beth Wright
                                              Lita Beth Wright
                                              Kelly McCullough
                                              STORCH AMINI PC
                                              2 Grand Central Tower
                                              140 E. 45th Street, 25th Floor
                                              New York, NY 10017
                                              Telephone:  (212) 490-4100
                                              Fax:  (212) 490-4208
                                              Email: lbwright@storchamini.com

                                              *Attorneys for Defendants Target*
                                              *Corporation and Target Brands, Inc.*