Lita Beth Wright
Kelly McCullough
STORCH AMINI PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Telephone:  (212) 490-4100
Fax:  (212) 490-4208
Email: lbwright@storchamini.com

James R. Steffen (to be admitted *pro hac vice*)
Peter M. Routhier (to be admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Fax: (612)-766-1600
Email: Peter.Routhier@FaegreBD.com

*Attorneys for Defendants Target Corporation
and Target Brands, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BURBERRY LIMITED and BURBERRY LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:18-cv-03946-LAK |
| v. | ) ) ) | **TARGET BRANDS, INC.'S** |
| TARGET CORPORATION and TARGET BRANDS, INC. | ) ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) ) ) | |

      In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Brands, Inc. states that it is a wholly owned subsidiary of Defendant Target Corporation.

Dated: New York, New York
      June 1, 2018

                                /s/ Lita Beth Wright
                                Lita Beth Wright
                                Kelly McCullough
                                STORCH AMINI PC
                                2 Grand Central Tower
                                140 E. 45th Street, 25th Floor
                                New York, NY 10017
                                Telephone:  (212) 490-4100
                                Fax:  (212) 490-4208
                                Email: lbwright@storchamini.com

                                *Attorneys for Defendants Target*
                                *Corporation and Target Brands, Inc.*