UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED and BURBERRY LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION and TARGET BRANDS, INC. <br><br> Defendants. | ) ) ) ) ) ) No. 1:18-cv-03946-LAK ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kelly McCullough, of Storch Amini PC, as counsel for Defendants Target Corporation and Target Brands, Inc. in the above-captioned matter. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: June 1, 2018

Respectfully submitted,

/s/ Kelly McCullough
Kelly McCullough
STORCH AMINI PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Fax: (212) 490-4208
Email: kmccullough@storchamini.com

*Attorneys for Defendants Target Corporation and Target Brands, Inc.*