**MEMO ENDORSED**

September 24, 2018

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> The application is **GRANTED**. The Settlement Conference is **ADJOURNED** *sine die* and all other proceedings are suspended.
>
> **SO ORDERED.**
>
> _____
> **Ona T. Wang**         9/25/18
> United States Magistrate Judge

Re:   *Burberry Limited v. Target Corporation et al.*
      Case No. 1:18-cv-03946-LAK-OTW

Dear Judge Wang:

The parties submit this joint status letter pursuant to their call to chambers of September 21, 2018 and the July 24, 2014 Initial Pretrial Conference.

The parties are pleased to inform the Court that they have reached an amicable resolution to this matter. The parties expect and intend to file a stipulated dismissal in the next thirty (30) days. In the interim, the parties respectfully request that the hearing scheduled for September 25, 2018 be adjourned, and that proceedings otherwise be suspended until the stipulated dismissal is on file.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Allan | /s/ Peter M. Routhier |
| Michael J. Allan | James R. Steffen |
| William Pecau | Peter M. Routhier |
| Evan Glassman | **Faegre Baker Daniels LLP** |
| **Steptoe & Johnson LLP** | 90 South Seventh Street |
| 1330 Connecticut Avenue, NW | Minneapolis, MN 55402 |
| Washington, DC 20036 | Telephone: (612) 766-7000 |
| Tel: (202) 429-6749 | Email: James.Steffen@FaegreBD.com |
| E-mail: mallen@steptoe.com | Email: Peter.Routhier@FaegreBD.com |
| E-mail: wpecau@steptoe.com | |
| E-mail: eglassman@steptoe.com | Lita Beth Wright |
| | Kelly McCullough |
| *Attorneys for Plaintiffs Burberry Limited and Burberry Limited* | **Storch Amini PC** |
| | 140 E. 45th Street, 25th Floor |
| | New York, NY 10017 |
| | Tel: (212) 490-4100 |
| | |
| | *Attorneys for Defendants Target Corporation and Target Brands, Inc.* |