UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>    a New York Corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>    Defendants. | Civil Action No.: 1:18-03946<br><br>**STIPULATION OF<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs Burberry Limited, a United Kingdom Company, and Burberry Limited, a New York Corporation, and the defendants Target Corporation and Target Brands, Inc. hereby stipulate and agree that the above-referenced action is dismissed with prejudice, without award of costs or fees to any party.

Dated:  October 17, 2018

STEPTOE & JOHNSON LLP

_____
Michael J. Allan
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC  20036
Tel: (202) 429-6749
Email:  mallan@steptoe.com

*Counsel for Plaintiffs Burberry Limited, a
United Kingdom Company and
Burberry Limited, a New York Corporation*

- 2 -

Dated:  October 17, 2018    FAEGRE BAKER DANEILS LLP

_____
James R. Steffen
Peter M. Routhier
Faegre Baker Daniel LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN  55402
Tel.:  (612) 766-8770
E-mail: James.Steffen@FaegreBD.com
E-mail:  Peter.Routhier@FaegreBD.com

Lita Beth Wright
Kelly McCullough
Storch Amini PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Tel: (212) 490-4100
E-mail: lbwright@storchamini.com
E-mail: kmccullough@storchamini.com

*Counsel for Defendants Target Corporation and Target Brands, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via e-mail on the 17th day of October, 2018 upon counsel of record.

Dated: Washington, DC
       October 17, 2018

**STEPTOE & JOHNSON LLP**

By:   *s/ Michael J. Allan*
      Michael J. Allan
      Steptoe & Johnson LLP
      1330 Connecticut Avenue, NW
      Washington, DC 20036
      Tel: (202) 429-6749
      E-mail: mallan@steptoe.com

*Counsel for Plaintiffs Burberry Limited, a United Kingdom Company and Burberry Limited, a New York Corporation*