AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **Southern District of New York**  on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-03946-LAK | DATE FILED<br>5/2/2018 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Burberry Limited<br>a United Kingdom Corporation, et al., | | DEFENDANT<br>Target Corporation, et al., |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attached Sheet | | See Attached Sheet |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attached Sheet | | See Attached Sheet |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| COPY ATTACHED: Stipulation of Voluntary Dismissal and Trademark |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>10/17/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED,<br>    a United Kingdom Corporation<br><br>BURBERRY LIMITED,<br>    a New York Corporation,<br><br>    Plaintiffs,<br><br>            v.<br><br>TARGET CORPORATION and<br>TARGET BRANDS, INC.,<br><br>    Defendants. | Civil Action No.: 1:18-03946<br><br>**STIPULATION OF<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs Burberry Limited, a United Kingdom Company, and Burberry Limited, a New York Corporation, and the defendants Target Corporation and Target Brands, Inc. hereby stipulate and agree that the above-referenced action is dismissed with prejudice, without award of costs or fees to any party.

Dated:   October 17, 2018

STEPTOE & JOHNSON LLP

_(signature)_

Michael J. Allan
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC  20036
Tel: (202) 429-6749
Email:  mallan@steptoe.com

*Counsel for Plaintiffs Burberry Limited, a
United Kingdom Company and
Burberry Limited, a New York Corporation*

- 2 -

Dated:  October 17, 2018                    FAEGRE BAKER DANEILS LLP

                                            _____
                                            James R. Steffen
                                            Peter M. Routhier
                                            Faegre Baker Daniel LLP
                                            2200 Wells Fargo Center
                                            90 S. Seventh Street
                                            Minneapolis, MN  55402
                                            Tel.:  (612) 766-8770
                                            E-mail: James.Steffen@FaegreBD.com
                                            E-mail:  Peter.Routhier@FaegreBD.com

                                            Lita Beth Wright
                                            Kelly McCullough
                                            Storch Amini PC
                                            2 Grand Central Tower
                                            140 E. 45th Street, 25th Floor
                                            New York, NY 10017
                                            Tel: (212) 490-4100
                                            E-mail: lbwright@storchamini.com
                                            E-mail: kmccullough@storchamini.com

                                            *Counsel for Defendants Target*
                                            *Corporation and Target Brands, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via e-mail on the 17th day of October, 2018 upon counsel of record.

Dated: Washington, DC
       October 17, 2018

**STEPTOE & JOHNSON LLP**

By:   *s/ Michael J. Allan*
      Michael J. Allan
      Steptoe & Johnson LLP
      1330 Connecticut Avenue, NW
      Washington, DC 20036
      Tel: (202) 429-6749
      E-mail: mallan@steptoe.com

*Counsel for Plaintiffs Burberry Limited, a United Kingdom Company and Burberry Limited, a New York Corporation*

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1,241,222 | 6/7/1983 | Burberry Limited |
| 1,855,154 | 9/20/1994 | Burberry Limited |
| 2,015,462 | 11/12/1996 | Burberry Limited |
| 2,022,789 | 12/17/1996 | Burberry Limited |
| 2,689,921 | 2/25/2003 | Burberry Limited |
| 2,728,709 | 6/24/2003 | Burberry Limited |
| 2,732,617 | 7/1/2003 | Burberry Limited |
| 2,845,852 | 5/25/2004 | Burberry Limited |
| 3,529,814 | 11/11/2008 | Burberry Limited |
| 4,123,508 | 4/10/2012 | Burberry Limited |
| 4,441,542 | 11/26/2013 | Burberry Limited |